# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00530-CR

**Graham Jay Sonnenberg, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
## NO. D-1-DC-14-904026, HONORABLE JIM CORONADO, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

A jury found Graham Jay Sonnenberg guilty of assault strangulation enhanced[1] and aggravated assault bodily injury with a deadly weapon. The jury assessed punishments of twenty years in prison for the strangulation offense and sixteen years in prison for the aggravated assault offense to be served concurrently with each other.

Appellant's court-appointed attorney filed a brief concluding that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). We have reviewed the brief and the record and conclude that an issue merits further briefing on the merits. *See Bledsoe*

---

[1] The enhancement was based on the jury's finding that the victim was appellant's family or household member and his prior conviction for an offense against a member of his family or household.

*v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). We may not address the merits of any arguable ground for appeal until the issue has been briefed by new counsel. *Id*.

This appeal is abated until further order of this Court. The trial court shall appoint substitute counsel to file a brief concerning whether assessing punishment against appellant for both assault convictions against the same victim on the facts of this case violates double-jeopardy protections in light of *Shelby v. State*, 448 S.W.3d 431, 436 (Tex. Crim. App. 2014) and *Fox v. State*, No. 03-14-00617-CR, 2016 Tex. App. LEXIS 65 (Tex. App.—Austin Jan. 7, 2016, no pet. h.). New counsel may also address any other issue that counsel deems meritorious. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

A copy of the order appointing substitute counsel shall be forwarded to this Court no later than February 8, 2016. New counsel's brief will be due thirty days after the date of appointment, and the State's brief will be due thirty days after new counsel's brief is filed.

Present counsel's motion to withdraw is granted.

It is ordered on January 22, 2016.

Before Chief Justice Rose, Justices Pemberton and Field

Abated and Remanded

Filed: January 22, 2016

Do Not Publish